IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-03156-WYD-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$41,204 001N UNITED STATES CURRENCY;and
1964 PONTIAC GTO, VIN 824F20211,

     Defendants.

---

### FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture only as to Certain Defendant Assets, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action <u>in</u> <u>rem</u> pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Linda Estrada-Vigil, through her attorney Maureen A. Cain, Esq. have reached a settlement in this case as to the following defendant assets:

    a.    $41,204.00 in United States Currency, and

    b.    1964 Pontiac GTO, VIN 824F20211

and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the following defendant assets have been filed:

a. $41,204.00 in United States Currency, and

b. 1964 Pontiac GTO, VIN 824F20211.

THAT forfeiture of

a. $12,204.00 of defendant $41,204.00 in United States Currency, and

b. 1964 Pontiac GTO, VIN 824F20211

shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of

a. $12,204.00 of defendant $41,204.00 in United States Currency, and

b. 1964 Pontiac GTO, VIN 824F20211

shall enter in favor of the United States; the United States shall have full and legal title to the defendant assets, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these defendant assets pursuant to 28 U.S.C. § 2465.

Dated:   August 7, 2014.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE